UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIGOLD ENTERPRISES, INC.,

              Plaintiff,

- against -

SAPI S.P.A.,

              Defendant.
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

              NONE.

Dated: June 23, 2008
       Southport, CT

              The Plaintiff,
              MARIGOLD ENTERPRISES, INC.,

              By: _____
              Charles E. Murphy
              LENNON, MURPHY & LENNON, LLC
              The Gray Bar Building
              420 Lexington Avenue, Suite 300
              New York, NY 10170
              (212) 490-6050 - phone
              (212) 490-6070 - fax
              cem@lenmur.com